LEA, Respondent, v. HALE et al., Appellants. (Supreme Court, Appellate Division, Second Department. March 14, 1899.) Action by Isaac C. Lea against Francis E. Hale and another. No opinion. Order affirmed, with $10 costs and disbursements, to abide the event of the action.

LEONI, Respondent, v. NEW YORK EL. RY. CO., Appellant. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Emma B. Leoni against the New York Elevated Railway Company. J. T. Davies, for appellant. E. P. Whitney, for respondent. No opinion. Judgment affirmed, with costs.

LEOPOLD, Respondent, v. HALLHEIMER, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by Lorenz Leopold against Esther Hallheimer, impleaded, etc. No opinion. Order of reference modified by striking therefrom the direction to ascertain the amount paid by the plaintiff for insurance, and as modified affirmed, with $10 costs and disbursements to the respondent.

LEVY et al., Appellants, v. COHEN, Respondent. (Supreme Court, Appellate Term, April 21, 1899.) Action by Julius Levy and another against Fannie Cohen for brokers' commissions. There was a judgment in favor of defendant, and plaintiffs appeal. Affirmed. Leon Sanders, for appellants. A. E. Hagaman, for respondent.

FREEDMAN, P. J. According to the facts as we must assume the justice found them, the plaintiffs were promised compensation in case they, as brokers, brought to the defendant a purchaser willing and able to purchase defendant's premises, upon terms to be thereafter agreed upon between such purchaser and the defendant. The plaintiffs did introduce a prospective purchaser, but such purchaser and the defendant could not agree upon the terms, and their minds never met. The plaintiffs therefore never earned their commission. There was sufficient evidence upon which the justice could find as here stated, and upon this ground the judgment should be affirmed. That being so, the result is the same, whether the written promise of the plaintiffs to wait for the payment of their commission until the title should be passed be treated as part of the original contract, as claimed by the defendant, or as a promise by the plaintiffs without consideration, because made subsequent to their contract with the defendant. Judgment should be affirmed. Judgment affirmed, with costs to respondent.

LINDERMAN et al., Appellants, v. HASTINGS CARD & PAPER CO. et al., Respond-

ents. (Supreme Court, Appellate Division, Second Department. March 24, 1899.) Action by Lewelon E. Linderman and another as trustees, etc., of Herman C. Le Roy, deceased, against the Hastings Card & Paper Company and John W. Axford. No opinion. Motion for leave to appeal to the court of appeals denied. See 56 N. Y. Supp. 456.

LITTLEJOHN, Appellant, v. LEFFING-WELL et al., Respondents. (Supreme Court, Appellate Division, Second Department. March 21, 1899.) Action by Margaret E. Littlejohn against Lucy A. L. Leffingwell, individually and as executrix, etc., Elisha D. Leffingwell, and others. No opinion. Order affirmed on argument, with $10 costs and disbursements to abide the event.

LONG, Respondent, v. SOUTHERLAND, Appellant. (Supreme Court, Appellate Division, Fourth Department. March 22, 1899.) Action by Thomas W. Long against Alexander Southerland. No opinion. Judgment and order affirmed, with costs. All concur.

LUCAS, Respondent, v. HOWARD, Appellant. (Supreme Court, Appellate Division, Second Department. April 18, 1899.) Action by August W. Lucas against James S. Howard. No opinion. Judgment affirmed, with costs. All concur.

LYMAN v. UNITY LEAGUE & AMERICAN SURETY CO. (Supreme Court, Appellate Division, First Department. March 10, 1899.) Action by Henry H. Lyman against the Unity League & American Surety Company. No opinion. Motion denied, with $10 costs.

McCUE v. CUNNINGHAM & YOUNG CO. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by Francis McCue, an infant, etc., against the Cunningham & Young Company. No opinion. Motion by the defendant to dismiss the appeal granted.

McGILLICUDDY v. FARMERS' LOAN & TRUST CO. (Supreme Court, Appellate Division, First Department. February 24, 1899.) Action by Timothy J. McGillicuddy against the Farmers' Loan & Trust Company. No opinion. Motion granted.

McKINSTREY, Appellant, v. NEAFIE et al., Respondents. (Supreme Court, Appellate Division, Third Department. March 14, 1899.) Action by Salenda L. F. McKinstrey against Alfred Neafie and others. No opinion. Judgment affirmed, with costs.